# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146791(97)(100)(102)

STATE OF MICHIGAN ex rel MARCIA
GURGANUS,
        Plaintiff-Appellant,

v

CVS CAREMARK CORPORATION, et al,
        Defendants-Appellees.

SC:   146791
CoA:  299997
Kent CC: 09-003411-CZ

_____

CITY OF LANSING and DICKINSON PRESS,
INC.,
        Plaintiffs-Appellants,

v

RITE AID OF MICHIGAN, INC. and PERRY
DRUG STORES, INC.,
        Defendants-Appellees.

SC:   146792
CoA:  299998
Kent CC: 09-007827-CZ

_____

CITY OF LANSING, DICKINSON PRESS, INC.,
and SCOTT MURPHY,
        Plaintiffs-Appellants,

v

CVS CAREMARK CORPORATION, et al,
        Defendants-Appellees.

SC:   146793
CoA:  299999
Kent CC: 10-00619-CZ

_____

On order of the Chief Justice, motions for temporary admission under MCR 8.126(A) are considered and the following are admitted for the purpose of appearing in this case: Dennis Murashko, Brian J. Murray, Tina M. Tabacchi, Wendy J. Wildung, Craig S. Coleman, David B. Goroff, and Robert H. Griffith.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2013

_____
Clerk